# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**GLORIA GARRETT, ET AL,**

        **Plaintiffs,**

**v.**                                                  **CIVIL NO 13-2551-JAR**

**BRANSON COMMERCE PARK COMMUNITY
IMPROVEMENT DISTRICT, ET AL,**

        **Defendants.**

**( )**     **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)**     **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Memorandum and Order dated 9/30/2014 (Doc. 60), the Plaintiffs' Motion for Leave to File First Amended Complaint (Doc. 36) is DENIED.

       **IT IS FURTHER ORDERED** that BOFK's Motion for Leave to File Sur-Reply Addressing Plaintiffs' Motion for Leave to Amend Complaint (Doc. 48) and the District's Motion for Leave to File Sur-Reply to Plaintiff's Reply in Support of Motion for Leave to File Amended Complaint (Doc. 40) are DENIED as moot.

       **IT IS FURTHER ORDERED** that Defendant BOFK's Motion for Judgment on the Pleadings (Doc. 21), and Defendant the District's Motion to Dismiss (Doc. 16) are GRANTED. This case is dismissed in its entirety with prejudice.

Dated:  September 30, 2014                    TIMOTHY M. O'BRIEN, CLERK


                                              s/Bonnie Wiest
                                              _____
                                              Deputy Clerk